[93]        HALSEY v. DEHART, ASSIGNEE.

A note without the words "order" or "assigns," is nevertheless assignable.

*Certiorari* to Justice Ballard

Dehart had brought an action against Halsey, as assignee of Matthias Dehart, of a note for £10. The note was payable to Matthias Dehart, without the words "order" or "assigns." Halsey had insisted before the justice that the note

was not assignable, but he gave judgment for the plaintiff, the assignee.

PER CUR.   Such a note is assignable.

Affirm the judgment.